IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KENNETH LYNN, et al.,
         Plaintiffs,

v.

ARIA HEALTH SYSTEM, et al.,
         Defendants.

CIVIL NO.   09-cv-5548

## ORDER

**AND NOW**, this 8th day of September 2011, upon consideration of this Court's attached Memorandum Opinion and Order, and for the reasons stated therein and hereby incorporated, it is hereby **ORDERED**:

1) Defendants' Motion to Dismiss Addressing Common Legal Issues [doc. no. 131] and Motion to Dismiss Addressing Defendant-Specific Issues [doc. no. 132] are **GRANTED**; and

2) In view of the dismissal, the following motions are **DENIED AS MOOT**:

    a) Plaintiffs' Motion for Expedited Collective Action Notification [doc. no. 99];[1] and,

    b) Plaintiffs' Motion for Expedited Hearing on Plaintiffs' Motion for Expedited Notice to Affected Employees [doc. no. 102]; and,

    c) Plaintiffs' Motion to Stay Non-FLSA claims [doc. no. 134].

3) The Plaintiffs' request for leave to amend is **GRANTED**. The plaintiffs have thirty days to file a second amended complaint

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
**CYNTHIA M. RUFE, J.**

---

[1] This motion was improperly docketed as a "Motion to Certify."